1108

No. 88–1712. REARDON ET AL. *v.* REARDON ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–1714. MILLER *v.* PUBLISHERS PAPER CO. ET AL. C. A. 9th Cir.  Certiorari denied.

No. 88–1716. BERGER *v.* SUPREME COURT OF OHIO ET AL. C. A. 6th Cir.  Certiorari denied.

No. 88–1726. DOE ET AL. *v.* HENNEPIN COUNTY ET AL. C. A. 8th Cir.  Certiorari denied.

No. 88–1729. RODRIGUEZ *v.* DANT OF ARIZONA ET AL.  Ct. App. Ariz.  Certiorari denied.

No. 88–1732. CRIST *v.* ADDUCI, COMMISSIONER, NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES, ET AL.  C. A. 2d Cir. Certiorari denied.

No. 88–1739. ORN *v.* TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 88–1755. DWIGHT'S DISCOUNT VACUUM CLEANER CITY, INC. *v.* SCOTT FETZER CO., KIRBY COMPANY DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 88–1766. FOLTZ ET AL. *v.* U. S. NEWS & WORLD REPORT, INC., ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 88–1768. HEIM *v.* HIGH PLAINS AGRICULTURAL CREDIT CORP. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 88–1776. ADKINS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF ADKINS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 88–1779. S. E. NICHOLS, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 2d Cir.  Certiorari denied.